# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JAMES TANUI KIPTANUI,

       Petitioner,   :   Case No. 3:24-cv-043

 - vs -   District Judge Michael J. Newman
   Magistrate Judge Michael R. Merz

THE STATE OF OHIO,

   :

       Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in the above-captioned case is hereby transferred from The Honorable Chelsey M. Vascura to the Honorable Michael R. Merz to help balance the Magistrate Judge workload in this District.

February 28, 2024.

                  s/ *Michael R. Merz*
                United States Magistrate Judge